Before STATE INDUSTRIAL BOARD, Respondent. BINA GILDERSLEEVE and

Another, Respondents, v. MAX WILLIAMS and Others, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Anthus* v. *Rail Joint Co.* (193 App. Div. 571; affd., 231 N. Y. 557).